# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI F. GRAHAM,<br><br>            Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>            Defendant. | Case No. CV 17-08559-AB-JEM<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment shall be entered REVERSING the Commissioner's decision to deny Social Security Disability Insurance benefits to Plaintiff and REMANDING this action for further proceedings in accordance with this Report and Recommendation and with law.

DATED: May 22, 2019

                                                      ANDRE BIROTTE JR.
                                                      UNITED STATES DISTRICT JUDGE