JANNA K. LOWENSTEIN (SBN 225371)
Lowenstein Disability Lawyers, A.L.C.
25350 Magic Mountain Pkwy Suite 300
Valencia, CA 91355
Tel: (818) 905 6611
Fax: (818) 789 1375
Email: jklowenstein@yahoo.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI F. GRAHAM<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>COMMISSIONER OF SOCIAL SECURITY<br><br>Defendant | CASE NO. 17-CV-8559-AB-JEM<br><br>ORDER AWARDING ATTORNEYS FEES PURSUANT TO EAJA 28 U.S.C. §2412(d) |

Pursuant to the Stipulation between the parties, through their respective counsel, awarding attorney's fees under EAJA,

IT IS HEREBY ORDERED that EAJA fees are awarded in the amount of $5109.46, subject to the terms of the stipulation.

Dated: August 22, 2019

JOHN E. MCDERMOTT
U.S. Magistrate Judge